```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Naseef Bryan, Jr.

    v.                                                       Case No. 26-cv-14-LM-TSM

Anastasia Dubrousky, et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Talesha L. Saint-Marc dated February 4, 2026. For the reasons explained there, this case is dismissed based on Mr. Bryan's failure to state a claim upon which relief may be granted, or, in the alternative, because Defendants are immune from suit.

    The clerk shall enter judgment and close this case.

                                                         _____
                                                          Landya B. McCafferty
                                                         United States District Judge

Date: March 10, 2026

cc: Naseef Bryan, Jr., pro se